**B1 (Official Form 1)(04/13)**

| **United States Bankruptcy Court**<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Outer Banks Ventures, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1256161** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**815 East Ocean Trail**<br>**Corolla, NC**      ZIP Code **27927** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Currituck** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 549**<br>**Corolla, NC**      ZIP Code **27927** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Outer Banks Ventures, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

  _____
  (Name of landlord that obtained judgment)

  _____
  (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Outer Banks Ventures, Inc.**

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Kevin Sink**
Signature of Attorney for Debtor(s)

**Kevin Sink 21041**
Printed Name of Attorney for Debtor(s)

**Nicholls & Crampton, PA**
Firm Name

**3700 Glenwood Avenue**
**Suite 500**
**Raleigh, NC 27612**

Address

**919-781-1311  Fax: 919-782-0465**
Telephone Number

**November 12, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard C. Willis**
Signature of Authorized Individual

**Richard C. Willis**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 12, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupt cy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Outer Banks Ventures, Inc.**                        Case No. _____

                                   Debtor(s)             Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Richard C. Willis**<br>**P.O. Box 549**<br>**Corolla, NC 27927** | **Richard C. Willis**<br>**P.O. Box 549**<br>**Corolla, NC 27927** | **amount estimated** | | **260,000.00** |
| **Liz Willis**<br>**728 Harris Point Drive**<br>**Virginia Beach, VA 23455** | **Liz Willis**<br>**728 Harris Point Drive**<br>**Virginia Beach, VA 23455** | **amount estimated** | **Disputed** | **50,000.00** |
| **Twiddy & Company**<br>**1181 Duck Road**<br>**Kitty Hawk, NC 27949** | **Twiddy & Company**<br>**1181 Duck Road**<br>**Kitty Hawk, NC 27949** | | | **50,000.00** |
| **Sony Pictures Releasing**<br>**Mary E. Bell, Executive Director**<br>**10202 W. Washington BL JSB 312E**<br>**Culver City, CA 90232** | **Sony Pictures Releasing**<br>**Mary E. Bell, Executive Director**<br>**10202 W. Washington BL JSB 312E**<br>**Culver City, CA 90232** | | | **22,000.00** |
| **Gopher Utility Services, Inc.**<br>**P.O. Box 965**<br>**Kannapolis, NC 28082** | **Gopher Utility Services, Inc.**<br>**P.O. Box 965**<br>**Kannapolis, NC 28082** | | | **21,076.24** |
| **Crowley, Liberatore, Ryan & Brogan**<br>**Town Point Center, Suite 300**<br>**150 Boush Street**<br>**Norfolk, VA 23510** | **Crowley, Liberatore, Ryan & Brogan**<br>**Town Point Center, Suite 300**<br>**150 Boush Street**<br>**Norfolk, VA 23510** | **attorneys fees** | | **7,900.00** |
| **Monterey Plaza, LLC**<br>**P.O. Box 2710**<br>**Manteo, NC 27954** | **Monterey Plaza, LLC**<br>**P.O. Box 2710**<br>**Manteo, NC 27954** | **Rent and taxes - movie theater lease** | **Disputed** | **7,742.03** |
| **North Carolina Dept. of Revenue**<br>**Office Services Div-Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | **North Carolina Dept. of Revenue**<br>**Office Services Div-Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | | **Disputed** | **7,227.32** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Outer Banks Ventures, Inc.**                Case No. _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chris Wood<br>JD&W, Inc. Construc and Development<br>208 Ash Avenue, Suite 101<br>Virginia Beach, VA 23452 | Chris Wood<br>JD&W, Inc. Construc and Development<br>208 Ash Avenue, Suite 101<br>Virginia Beach, VA 23452 | | | 5,000.00 |
| Ascentium Capital, LLC<br>23970 US Highway 59 North<br>Kingwood, TX 77339 | Ascentium Capital, LLC<br>23970 US Highway 59 North<br>Kingwood, TX 77339 | movie theater projector lease | | 34,308.79<br><br>(Unknown secured) |
| Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | Internal Revenue Service<br>Insolvency Support Services<br>320 Federal Place, Room 335<br>Greensboro, NC 27401 | listed for notice purposes | Disputed | Unknown |
| Macquarie Equipment Finance, LLC<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Macquarie Equipment Finance, LLC<br>2285 Franklin Road<br>Bloomfield Hills, MI 48302 | Movie theater equipment<br>$1.00 buy out | | 0.00<br><br>(Unknown secured) |
| Susquehanna Commercial Finance, Inc<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | Susquehanna Commercial Finance, Inc<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | Movie projector and related equipment (leased)<br>$1.00 buy out | | 18,000.00<br><br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Outer Banks Ventures, Inc.**                                          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **November 12, 2015**                    Signature   **/s/ Richard C. Willis**

                                                            **Richard C. Willis**
                                                            **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Outer Banks Ventures, Inc.** _____ ,
                                    Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,500,200.00 | | |
| B - Personal Property | Yes | 4 | 1,126,519.14 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,608,351.01 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 7,227.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 423,718.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 8,626,719.14 | | |
| Total Liabilities | | | | 2,039,296.60 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Outer Banks Ventures, Inc.**                                                        ,    Case No. _____

                                                    Debtor

                                                                        Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

11/12/15  3:25PM

B6A (Official Form 6A) (12/07)

.

In re   **Outer Banks Ventures, Inc.**        ,      Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Approximately 36.07 acres located at 0 Malia Drive, Corolla, NC**<br>**Located in Monteray Shores**<br>**1,500 ft. sound frontage**<br>**zoned commercial**<br>**value estimated**<br>**Tax Parcel I.D. 011600000100000** | **Fee simple** | - | **3,000,000.00** | **375,000.00** |
| **0 Beacon Hill Drive, Corolla, NC**<br>**Open space Beacon Hill Corolla Light PH 7D**<br>**0.03 acres listed on tax records**<br>**No independent value**<br>**Tax Parcel I.D. 115B000OPEN7D** | | - | **100.00** | **0.00** |
| **1102 Corolla Village Drive, Corolla, NC**<br>**6.70 acres, Phase 10 Corolla Light PUD, Lot 2**<br>**zoned commercial**<br>**value unknown-currently subject to option for**<br>**$3,500,000.00**<br>**Tax Parcel I.D. 115B000P10A0000** | **Fee simple** | - | **3,500,000.00** | **1,181,042.22** |
| **1099 Ocean Trail, Corolla, NC**<br>**0.92 acres Corolla Light Phase 11 (formerly 2A)**<br>**zoned commercial**<br>**value estimated**<br>**Tax Parcel I.D. 115B000P2AU0000** | | - | **1,000,000.00** | **0.00** |
| **0 Open Areas Between 2A**<br>**Corolla Light PUD**<br>**listed on tax record (no independent value)**<br>**Tax Parcel I.D. 115B000P2D1OPEN** | | - | **100.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **7,500,200.00** | (Total of this page) |
| Total > | **7,500,200.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Outer Banks Ventures, Inc.** , Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Monarch Bank, checking account xxxx7077** | - | 66.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **66.62**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Outer Banks Ventures, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Due from Brindley Beach, Inc. for purchase of wastewater treatment plant capacity. Amount as of October 30, 2015 with interest accruing at rate of $37.26 per day | - | 208,452.52 |
| | | Amounts due from OBVO, LLC and CE, LLC (related entities) for amounts advanced by the Debtor on behalf of such entities in connection with the movie theater operations for which the Debtor is liable on the lease. | - | Unknown |
| | | Amounts due and owing from Currituck County relating to tap hookup fees and recapture fees relating to the County acquisition of water assets from Carolina Water Service, Inc. of North Carolina pursuant to Purchase Agreement from 2011. | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Note Receivable from Florida OBX, LLC for promissory note dated April 29, 2015 in the amount of $918,000.00, as subsequently modified. | - | 918,000.00 |

Sub-Total >      **1,126,452.52**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Outer Banks Ventures, Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims of Debtor against J. Jeffrey Tinkham for business torts, including possible claims for breach of fiduciary duty, breach of duty of good faith, economic duress, etc. Amount listed as disputed on Schedule D represents what the Debtor believes is the maximum possible amount owed to J. Jeffrey Tinkham prior to any recovery relating to the claims set forth herein.** | - | **Unknown** |
| | | **Claim against Coastal Engineering and Carlos Gomez for overpayments received on loans repaid.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Outer Banks Ventures, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,126,519.14 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Outer Banks Ventures, Inc.**  , Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | N.C. UCC File No. 20120056690B | | | | | |
| **Ascentium Capital, LLC** **23970 US Highway 59 North** **Kingwood, TX 77339** | | - | movie theater projector lease | | | | | |
| | | | Value $          **Unknown** | | | | 34,308.79 | **Unknown** |
| Account No. | | | April 29, 2015 Deed of Trust, Book 1315, Page 335, Currituck Co. Registry | | | | | |
| **Florida OBX, LLC** **5300 Gulf Blvd.** **Saint Petersburg, FL 33706** | | - | 1102 Corolla Village Drive, Corolla, NC 6.70 acres, Phase 10 Corolla Light PUD, Lot 2 zoned commercial value unknown-currently subject to | | | | | |
| | | | Value $          **3,500,000.00** | | | | 450,000.00 | 0.00 |
| Account No. **Claim Est.--offsets also** | | | August 24, 2011 Deed of Trust, Book 1170, Page 711, Currituck Co. Registry. | | | | | |
| **Jeff Tinkham** **500 East Main Street, Suite 405** **Norfolk, VA 23510** | | - | 1102 Corolla Village Drive, Corolla, NC 6.70 acres, Phase 10 Corolla Light PUD, Lot 2 zoned commercial value unknown-currently subject to | | | X | | |
| | | | Value $          **3,500,000.00** | | | | 256,042.22 | 0.00 |
| Account No. | | | October 1, 2015 Deed of Trust, recorded Book 1342, Page 748, Currituck Co. Registry | | | | | |
| **Jeffrey Chernitzer** **215 Brook Avenue, Suite 506** **Norfolk, VA 23510** | | - | Approximately 36.07 acres located at 0 Malia Drive, Corolla, NC Located in Monteray Shores 1,500 ft. sound frontage zoned commercial | | | | | |
| | | | Value $          **3,000,000.00** | | | | 125,000.00 | 0.00 |

|  **2**  continuation sheets attached | Subtotal (Total of this page) | 865,351.01 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Outer Banks Ventures, Inc.** ,                                    Case No. _____

_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | N.C. UCC File No. 2010076215H | | | | | |
| **Macquarie Equipment Finance, LLC**<br>**2285 Franklin Road**<br>**Bloomfield Hills, MI 48302** | | - | Movie theater equipment<br>$1.00 buy out | | | | | |
| | | | Value $ **Unknown** | | | | 0.00 | **Unknown** |
| Account No. | | | July 24, 2015<br>Deed of Trust, Book 1335, Page 177, Currituck Co. Registry | | | | | |
| **New Dixie Oil Corporation**<br>**1501 Marshall Street**<br>**Roanoke Rapids, NC 27870** | | - | Approximately 36.07 acres located at 0 Malia Drive, Corolla, NC<br>Located in Monteray Shores<br>1,500 ft. sound frontage<br>zoned commercial | | | | | |
| | | | Value $ **3,000,000.00** | | | | **250,000.00** | **0.00** |
| Account No. | | | January 17, 2014<br>Deed of Trust, Book 1278, Page 627, Currituck Co. Registry. | | | | | |
| **Stroud Engineering**<br>**1078 Commerce Street**<br>**Greenville, NC 27858** | | - | 1102 Corolla Village Drive, Corolla, NC 6.70 acres, Phase 10 Corolla Light PUD, Lot 2<br>zoned commercial<br>value unknown-currently subject to | | | | | |
| | | | Value $ **3,500,000.00** | | | | **90,000.00** | **0.00** |
| Account No. | | | N.C. UCC File No. 20120085874J | | | | | |
| **Susquehanna Commercial Finance, Inc**<br>**2 Country View Road, Suite 300**<br>**Malvern, PA 19355** | | - | Movie projector and related equipment (leased)<br>$1.00 buy out | | | | | |
| | | | Value $ **Unknown** | | | | **18,000.00** | **Unknown** |
| Account No. | | | May 20, 2013<br>Deed of Trust Recorded Book 1250, Page 521, Currituck Co. Reg. | | | | | |
| **Wells Fargo Bank, N.A.**<br>**c/o Matthew Weiner (Parker Poe)**<br>**301 Fayetteville Street, Suite 1400**<br>**Raleigh, NC 27601** | X | - | 1102 Corolla Village Drive, Corolla, NC 6.70 acres, Phase 10 Corolla Light PUD, Lot 2<br>zoned commercial<br>value unknown-currently subject to | | | | | |
| | | | Value $ **3,500,000.00** | | | | **365,000.00** | **0.00** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **723,000.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Outer Banks Ventures, Inc.**                                              ,     Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wilson & McIntyre, PLLC**<br>**500 E. Main Street, Suite 920**<br>**Norfolk, VA 23510** | | - | **Deed of Trust, Book 1315, Page 581, Currituck Co. Registry**<br>**1102 Corolla Village Drive, Corolla, NC**<br>**UCC Lien on $918,000 Note**<br>**6.70 acres, Phase 10 Corolla Light PUD, Lot 2**<br>**zoned commercial**<br>**value unknown but currently subject to** | | | | | |
| | | | Value $           **3,500,000.00** | | | | **20,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **20,000.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,608,351.01** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Outer Banks Ventures, Inc.**                                              ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

____1____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Outer Banks Ventures, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | listed for notice purposes | | | | | |
| **Internal Revenue Service Insolvency Support Services 320 Federal Place, Room 335 Greensboro, NC 27401** | - | | | | | X | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **North Carolina Dept. of Revenue Office Services Div-Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168** | - | | | | | X | | Unknown |
| | | | | | | | 7,227.32 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __1__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 7,227.32 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 7,227.32 | 0.00 |

11/12/15  3:25PM

B6F (Official Form 6F) (12/07)

In re  **Outer Banks Ventures, Inc.** _____ ,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BB&T** <br> **1000 W. Ehringhaus Street** <br> **Elizabeth City, NC 27909** | | - | Hypothecation Agreement dated September 15, 2011 and recorded in Book 1172, Page 276, Currituck County Registry. Debtor believes no amount owed. | | | X | 0.00 |
| Account No. <br><br> **Carlos Gomez** <br> **P.O. Box 1129** <br> **Kitty Hawk, NC 27949** | | - | | | | X | 0.00 |
| Account No. <br><br> **Chris Wood** <br> **JD&W, Inc. Construc and Development** <br> **208 Ash Avenue, Suite 101** <br> **Virginia Beach, VA 23452** | | - | | | | | 5,000.00 |
| Account No. <br><br> **Coastal Engineering Company, Inc.** <br> **P.O. Box 1129** <br> **Kitty Hawk, NC 27949** | | - | | | | X | 0.00 |
| _2_  continuation sheets attached | | | | | Subtotal (Total of this page) | | 5,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Outer Banks Ventures, Inc.**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | attorneys fees | | | | |
| Crowley, Liberatore, Ryan & Brogan Town Point Center, Suite 300 150 Boush Street Norfolk, VA 23510 | - | | | | | | | 7,900.00 |
| Account No. | | | | listed for notice purposes | | | | |
| Deere Credit, Inc. 6400 NW 86th Street Johnston, IA 50131 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Gopher Utility Services, Inc. P.O. Box 965 Kannapolis, NC 28082 | - | | | | | | | 21,076.24 |
| Account No. | | | | amount estimated | | | | |
| Liz Willis 728 Harris Point Drive Virginia Beach, VA 23455 | - | | | | | | X | 50,000.00 |
| Account No. | | | | Rent and taxes - movie theater lease | | | | |
| Monterey Plaza, LLC P.O. Box 2710 Manteo, NC 27954 | - | | | | | | X | 7,742.03 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          86,718.27

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Outer Banks Ventures, Inc.** _____,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | amount estimated | | | | |
| Richard C. Willis P.O. Box 549 Corolla, NC 27927 | - | | | | | | | | 260,000.00 |
| Account No. | | | | | | | | | |
| Sony Pictures Releasing Mary E. Bell, Executive Director 10202 W. Washington BL JSB 312E Culver City, CA 90232 | - | | | | | | | | 22,000.00 |
| Account No. | | | | | | | | | |
| Twiddy & Company 1181 Duck Road Kitty Hawk, NC 27949 | - | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 332,000.00

Total (Report on Summary of Schedules) | 423,718.27

B6G (Official Form 6G) (12/07)

.

In re   **Outer Banks Ventures, Inc.**                                      ,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cellco Partnership d/b/a Verizon**<br>**One Verizon Way**<br>**Mail Stop 4AW100**<br>**Basking Ridge, NJ 07920** | **Land Lease Agreement for 408 sq. ft. located at 1099 Ocean Trail, Corolla, North Carolina** |
| **Charter Cable**<br>**6399 Soth Fiddler's Green Circle**<br>**Englewood, CO 80111** | **Lease Agreement and Deed of Easement dated February 7, 1989, between Debtor and Falcon Video Communications, L.P. (amended January 29, 1991 and April 15, 1992) for premises located at Shad Street and State Highway 12, Corolla, NC. Amount of lease is disputed.** |
| **Douglas R. Brindley**<br>**20 Third Avenue**<br>**Southern Shores, NC 27949** | **Purported Lease Agreement dated July 1, 1997, as subsequently purportedly amended.  Debtor disputes that a valid lease exists, or that such lease, if it exists, is cancellable at will by Debtor.** |
| **Florida OBX, LLC**<br>**5300 Gulf Blvd.**<br>**Saint Petersburg, FL 33706** | **Option Agreement to acquire Phase 10 Property for $3,500,000.00.** |
| **JDLOVE, LLC**<br>**20 Third Avenue**<br>**Southern Shores, NC 27949** | **Purported Assignee of purported Lease referenced with Douglas R. Brindley** |
| **Monterey Plaza, LLC**<br>**P.O. Box 2710**<br>**Manteo, NC 27954** | **Lease Agreement dated April 1, 2012 for 10,000 square feet operated as a movie theater.  Lease originally in the name of OBVO, Inc. (an affiliated entity).  Movie theater operations are reflected in the books and records of OBVO, Inc.** |
| **Triton PCS (AT&T)**<br>**Triton Management Company**<br>**1100 Cassatt Road**<br>**Berwyn, PA 19312** | **Lease relating to Phase 11 property** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Outer Banks Ventures, Inc.**                                     ,          Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Douglas Brindley**<br>**20 Third Avenue**<br>**Southern Shores, NC 27949** | **Wells Fargo Bank, N.A.**<br>**c/o Matthew Weiner (Parker Poe)**<br>**301 Fayetteville Street, Suite 1400**<br>**Raleigh, NC 27601** |
| **Richard A. Brindley**<br>**215 Brooke Avenue, Unit 101**<br>**Norfolk, VA 23510-1237** | **Wells Fargo Bank, N.A.**<br>**c/o Matthew Weiner (Parker Poe)**<br>**301 Fayetteville Street, Suite 1400**<br>**Raleigh, NC 27601** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Outer Banks Ventures, Inc.**        Case No. _____
                                     Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_**20**\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 12, 2015**                 Signature    **/s/ Richard C. Willis**
                                                         **Richard C. Willis**
                                                         **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Outer Banks Ventures, Inc.**                     Case No. _____

                                    Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-17,918.00 | **2013 Debtor** |
| $700,000.00 | **2014 Debtor (estimated)** |
| $450,000.00 | **2015 Debtor (estimated)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached sheets** | | **$0.00** | **$0.00** |

**None** ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See response to #23 herein** | | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ascentium Capital, LLC vs. Outer Banks Ventures, Inc.; 15-CvD-4261** | **litigation** | **Wake County, North Carolina** | **pending** |
| **N.C. Department of Revenue v. Outer Banks Ventures, 15 M 2046** | **litigation** | **Wake County Magisrate, North Carolina** | **Judgment in the amount of $7,227.32** |

**None** ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

  

| Account Number | Ending Date |
|---|---|
| ~~~~~~~~ | 08/31/2015 |

OUTER BANKS VENTURES INC
PO BOX 549
COROLLA NC 27927

**Checks: 20**
Coming Soon...New and Improved Statements! Now is the perfect time to go paperless. Sign up for e-statements to view, print or archive your statements anytime, from anywhere. To enroll in paperless statements or online banking, visit MonarchBank.com.

## Basic Business Checking ~~~~~~~~

### Account Summary for Basic Business Checking ~~~~~~~~

| | Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $4,178.48 | | $45,831.58 | | $0.00 | | $48,927.13 | | $310.00 | | $772.93 |

### Transactions for Basic Business Checking ~~~~~~~~

| Date | Description | Checks / Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 08/01 | Starting Balance | | | $4,178.48 |
| **08/03** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$1,043.00** | **$5,221.48** |
| 08/03 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $440.55 | $5,662.03 |
| **08/03** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$224.00** | **$5,886.03** |
| 08/03 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $193.16 | $6,079.19 |
| **08/03** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$23.86** | **$6,103.05** |
| 08/03 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$400.00 | | $5,703.05 |
| **08/03** | **ACH Debit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **-$415.89** | | **$5,287.16** |
| 08/03 | Deposit | | $2,100.00 | $7,387.16 |
| **08/03** | **11026 Check** | **-$1,266.53** | | **$6,120.63** |
| 08/04 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $864.50 | $6,985.13 |
| **08/04** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$716.50** | **$7,701.63** |
| 08/04 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772 | | $155.00 | $7,856.63 |
| **08/04** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$114.52** | **$7,971.15** |
| 08/04 | ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264772 | -$112.03 | | $7,859.12 |
| **08/04** | **ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264632** | **-$824.33** | | **$7,034.79** |
| 08/04 | ACH Debit ASCENTIUM 01 - LEASE RENT 2114348 | -$2,214.00 | | $4,820.79 |
| **08/04** | **Deposit** | | **$1,570.00** | **$6,390.79** |

| 08/04 | 1083 Check | -$650.00 | | $5,740.79 |
|---|---|---|---|---|
| **08/05** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632** | | **$527.50** | **$6,268.29** |
| 08/05 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632 | | $254.00 | $6,522.29 |
| **08/05** | **ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589** | | **$114.08** | **$6,636.37** |
| 08/05 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264772 | | $68.00 | $6,704.37 |
| **08/05** | **Outgoing Domestic Wire W/D WIRE TO 20th Century Fox** | **-$6,500.00** | | **$204.37** |
| 08/05 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $179.37 |
| **08/05** | **Deposit** | | **$1,160.00** | **$1,339.37** |
| 08/05 | Outgoing Domestic Wire W/D WIRE TO 20th Century Fox | -$1,000.00 | | $339.37 |
| **08/05** | **Outgoing Domestic Wire Fee OUTGOING WIRE FEE** | **-$25.00** | | **$314.37** |
| 08/06 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632 | | $1,270.00 | $1,584.37 |
| **08/06** | **ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589** | | **$113.07** | **$1,697.44** |
| 08/06 | 8615 Over Counter Check | -$350.00 | | $1,347.44 |
| **08/06** | **Descriptive Withdrawal AMERICAN EXPRESS PAYMENT DATE 15217 – AXP DISCNT 432264215** | **-$147.27** | | **$1,200.17** |
| 08/07 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632 | | $1,245.00 | $2,445.17 |
| **08/07** | **ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589** | | **$247.11** | **$2,692.28** |
| 08/07 | 1084 Check | -$146.09 | | $2,546.19 |
| **08/10** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632** | | **$1,541.50** | **$4,087.69** |
| 08/10 | ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589 | | $549.14 | $4,636.83 |
| **08/10** | **ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589** | | **$196.30** | **$4,833.13** |
| 08/10 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264772 | | $110.00 | $4,943.13 |
| **08/10** | **ACH Credit HRTLAND PMT SYS – TXNS/FEES 650000007823589** | | **$27.80** | **$4,970.93** |
| 08/10 | ACH Debit DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | -$500.00 | | $4,470.93 |
| **08/10** | **Deposit** | | **$6,900.00** | **$11,370.93** |
| 08/10 | 1140 Over Counter Check | -$10,000.00 | | $1,370.93 |
| **08/11** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632** | | **$3,473.00** | **$4,843.93** |
| 08/11 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632 | | $2,240.00 | $7,083.93 |
| **08/11** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264772** | | **$356.00** | **$7,439.93** |
| 08/11 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264772 | | $188.00 | $7,627.93 |
| **08/11** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING – GLOBAL DEP 8788430264632** | | **$181.00** | **$7,808.93** |
| 08/11 | | | $97.78 | $7,906.71 |

| Date | Description | | | |
|------|-------------|---|---|---|
| | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | | |
| **08/11** | **Eff. 08-10 1139 Check** | **-$1,500.00** | | **$6,406.71** |
| 08/11 | Insufficient Funds Charge CK # 1139 (Paid) | -$40.00 | | $6,366.71 |
| **08/11** | **1141 Over Counter Check** | **-$3,958.33** | | **$2,408.38** |
| 08/11 | Deposit | | $1,000.00 | $3,408.38 |
| **08/11** | **1137 Check** | **-$545.25** | | **$2,863.13** |
| 08/12 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $240.50 | $3,103.63 |
| **08/12** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$127.17** | **$3,230.80** |
| 08/12 | Outgoing Domestic Wire W/D WIRE TO Warner Brothers Distributing | -$2,500.00 | | $730.80 |
| **08/12** | **Outgoing Domestic Wire Fee OUTGOING WIRE FEE** | **-$25.00** | | **$705.80** |
| 08/12 | Deposit | | $1,700.00 | $2,405.80 |
| **08/12** | **1138 Check** | **-$766.28** | | **$1,639.52** |
| 08/13 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $3,103.50 | $4,743.02 |
| **08/13** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$308.00** | **$5,051.02** |
| 08/13 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $71.02 | $5,122.04 |
| **08/13** | **Outgoing Domestic Wire W/D WIRE TO Universal Film Exchange** | **-$1,136.93** | | **$3,985.11** |
| 08/13 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $3,960.11 |
| **08/14** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$227.00** | **$4,187.11** |
| 08/14 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $174.91 | $4,362.02 |
| **08/14** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$114.00** | **$4,476.02** |
| 08/14 | 1143 Over Counter Check | -$400.00 | | $4,076.02 |
| **08/17** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$349.50** | **$4,425.52** |
| 08/17 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $257.75 | $4,683.27 |
| **08/17** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$90.00** | **$4,773.27** |
| 08/17 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $78.71 | $4,851.98 |
| **08/17** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$31.06** | **$4,883.04** |
| 08/18 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $359.00 | $5,242.04 |
| **08/18** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$183.50** | **$5,425.54** |
| 08/18 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $105.00 | $5,530.54 |
| **08/18** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$70.00** | **$5,600.54** |
| 08/18 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $63.20 | $5,663.74 |
| **08/18** | | **-$1,000.00** | | **$4,663.74** |

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | **Outgoing Domestic Wire W/D WIRE TO 20th Century Fox** | | | |
| 08/18 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $4,638.74 |
| **08/18** | **Deposit** | | **$600.00** | **$5,238.74** |
| 08/19 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $192.00 | $5,430.74 |
| **08/19** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$20.99** | **$5,451.73** |
| 08/19 | 1145 Check | -$5,000.00 | | $451.73 |
| **08/20** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$208.50** | **$660.23** |
| 08/20 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $81.53 | $741.76 |
| **08/20** | **ACH Debit AMEX EPayment ER AM - ACH PMT** | **-$100.00** | | **$641.76** |
| 08/21 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $465.00 | $1,106.76 |
| **08/21** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$147.90** | **$1,254.66** |
| 08/21 | 1148 Over Counter Check | -$400.00 | | $854.66 |
| **08/21** | **1146 Check** | **-$826.85** | | **$27.81** |
| 08/24 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $302.00 | $329.81 |
| **08/24** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$113.43** | **$443.24** |
| 08/24 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $67.91 | $511.15 |
| **08/24** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | | **$20.00** | **$531.15** |
| 08/24 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $4.34 | $535.49 |
| **08/24** | **ACH Debit AMEX EPayment ER AM - ACH PMT** | **-$100.00** | | **$435.49** |
| 08/24 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$400.00 | | $35.49 |
| **08/25** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$281.50** | **$316.99** |
| 08/25 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $147.00 | $463.99 |
| **08/25** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$47.50** | **$511.49** |
| 08/25 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $11.51 | $523.00 |
| **08/25** | **Deposit** | | **$900.00** | **$1,423.00** |
| 08/25 | Eff. 08-24 1150 Check | -$189.26 | | $1,233.74 |
| **08/25** | **Insufficient Funds Charge CK # 1150 (Paid)** | **-$40.00** | | **$1,193.74** |
| 08/25 | Eff. 08-24 1142 Check | -$328.39 | | $865.35 |
| **08/25** | **Insufficient Funds Charge CK # 1142 (Paid)** | **-$40.00** | | **$825.35** |
| 08/25 | Eff. 08-24 11029 Check | -$715.70 | | $109.65 |
| **08/25** | **Insufficient Funds Charge CK # 11029 (Paid)** | **-$40.00** | | **$69.65** |
| 08/26 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $50.00 | $119.65 |
| **08/26** | | | **$45.82** | **$165.47** |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | |
| 08/26 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772 | $20.00 | $185.47 |
| **08/26** | **Deposit** | **$390.00** | **$575.47** |
| 08/27 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $436.50 | $1,011.97 |
| **08/27** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772** | **$111.00** | **$1,122.97** |
| 08/27 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | $94.57 | $1,217.54 |
| **08/27** | **ACH Debit AMEX EPayment ER AM - ACH PMT** | **-$100.00** | **$1,117.54** |
| 08/27 | Outgoing Domestic Wire W/D WIRE TO Universal Film Exchange | -$500.00 | $617.54 |
| **08/27** | **Outgoing Domestic Wire Fee OUTGOING WIRE FEE** | **-$25.00** | **$592.54** |
| 08/28 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $370.50 | $963.04 |
| **08/28** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **$12.21** | **$975.25** |
| 08/28 | 11027 Over Counter Check | -$400.00 | $575.25 |
| **08/31** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **$2,000.00** | **$2,575.25** |
| 08/31 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $470.00 | $3,045.25 |
| **08/31** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **$109.24** | **$3,154.49** |
| 08/31 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772 | $31.00 | $3,185.49 |
| **08/31** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **$21.44** | **$3,206.93** |
| 08/31 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$150.00 | $3,056.93 |
| **08/31** | **ACH Debit AMEX EPayment ER AM - ACH PMT** | **-$150.00** | **$2,906.93** |
| 08/31 | 1149 Over Counter Check | -$2,500.00 | $406.93 |
| **08/31** | **Deposit** | **$1,100.00** | **$1,506.93** |
| 08/31 | 11028 Check | -$300.00 | $1,206.93 |
| **08/31** | **1147 Check** | **-$434.00** | **$772.93** |

## Checks for Basic Business Checking

| Date | Check Number | Amount | Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/04 | 1083 | -$650.00 | 08/25 | 1142 | -$328.39 | 08/25 | 1150 | -$189.26 |
| 08/07 | 1084 | -$146.09 | 08/14 | 1143 | -$400.00 | 08/06 | 8615  * | -$350.00 |
| 08/11 | 1137  * | -$545.25 | 08/19 | 1145  * | -$5,000.00 | 08/03 | 11026  * | -$1,266.53 |
| 08/12 | 1138 | -$766.28 | 08/21 | 1146 | -$826.85 | 08/28 | 11027 | -$400.00 |
| 08/11 | 1139 | -$1,500.00 | 08/31 | 1147 | -$434.00 | 08/31 | 11028 | -$300.00 |
| 08/10 | 1140 | -$10,000.00 | 08/21 | 1148 | -$400.00 | 08/25 | 11029 | -$715.70 |
| 08/11 | 1141 | -$3,958.33 | 08/31 | 1149 | -$2,500.00 | | | |

* Indicates Non-Consecutive Check Number(s)
(E) Electronic Check

## Summary of Overdraft and Returned Item Fees

| | Total for this Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $160.00 | $760.00 |
| Total Returned Item Fees | $0.00 | $40.00 |

Account:
Statement Date: 08/31/2015



08/04/2015    1083    $650.00

08/11/2015    1141    $3,958.33

08/07/2015    1084    $146.09

08/25/2015    1142    $328.39

08/11/2015    1137    $545.25

08/14/2015    1143    $400.00

08/12/2015    1138    $766.28

08/19/2015    1145    $5,000.00

08/11/2015    1139    $1,500.00

08/21/2015    1146    $826.85

08/10/2015    1140    $10,000.00

08/31/2015    1147    $434.00

Account: ████████
Statement Date: 08/31/2015



| | | |
|---|---|---|
| 08/21/2015 | 1148 | $400.00 |
| 08/31/2015 | 1149 | $2,500.00 |
| 08/25/2015 | 1150 | $189.26 |
| 08/06/2015 | 8615 | $350.00 |
| 08/03/2015 | 11026 | $1,266.53 |
| 08/28/2015 | 11027 | $400.00 |
| 08/31/2015 | 11028 | $300.00 |
| 08/25/2015 | 11029 | $715.70 |

 



OUTER BANKS VENTURES INC
PO BOX 549
COROLLA NC 27927

| Account Number | Ending Date |
|---|---|
| ████████ | 09/30/2015 |

Checks: 18

Coming Soon...New and Improved Statements! Now is the perfect time to go paperless. Sign up for e-statements to view, print or archive your statements anytime, from anywhere. To enroll in paperless statements or online banking, visit MonarchBank.com.

## Basic Business Checking - ████████████

### Account Summary for Basic Business Checking - ████████████

| | Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $772.93 | | $40,218.20 | | $0.00 | | $35,588.65 | | $260.00 | | $5,142.48 |

### Transactions for Basic Business Checking - ████████████

| Date | Description | Checks / Debits | Deposits / Credits | Balance |
|---|---|---|---|---|
| 09/01 | Starting Balance | | | $772.93 |
| **09/01** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$187.00** | **$959.93** |
| 09/01 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $57.00 | $1,016.93 |
| **09/01** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$30.00** | **$1,046.93** |
| 09/01 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $9.49 | $1,056.42 |
| **09/01** | **ACH Debit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | **-$207.39** | | **$849.03** |
| 09/01 | Deposit | | $290.00 | $1,139.03 |
| **09/02** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$533.00** | **$1,672.03** |
| 09/02 | ACH Credit AMERICAN EXPRESS PAYMENT DATE 15245 - SETTLEMENT 4322642158 | | $141.84 | $1,813.87 |
| **09/02** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$13.02** | **$1,826.89** |
| 09/02 | ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264772 | -$79.10 | | $1,747.79 |
| **09/02** | **ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264632** | **-$431.11** | | **$1,316.68** |
| 09/02 | Deposit | | $1,000.00 | $2,316.68 |
| **09/03** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$99.50** | **$2,416.18** |
| 09/03 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $32.86 | $2,449.04 |
| **09/03** | **Eff. 09-02 ACH Debit ASCENTIUM 01 - LEASE RENT 2114348** | **-$2,214.00** | | **$235.04** |
| 09/03 | Insufficient Funds Charge ACH Debit (Paid) | -$40.00 | | $195.04 |

| Date | Description | | | |
|---|---|---|---|---|
| 09/03 | **1451 Check** | -$90.59 | | $104.45 |
| 09/04 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $193.00 | $297.45 |
| 09/04 | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | $123.04 | $420.49 |
| 09/04 | ACH Credit AMERICAN EXPRESS PAYMENT DATE 15247 - SETTLEMENT 4322642158 | | $57.96 | $478.45 |
| 09/04 | **Outgoing Domestic Wire W/D WIRE TO STX Financing, LLC** | -$250.00 | | $228.45 |
| 09/04 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $203.45 |
| 09/04 | **Deposit** | | $100.00 | $303.45 |
| 09/04 | 1453 Over Counter Check | -$300.00 | | $3.45 |
| 09/08 | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | $204.50 | $207.95 |
| 09/08 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $87.70 | $295.65 |
| 09/08 | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | $45.42 | $341.07 |
| 09/08 | ACH Credit AMERICAN EXPRESS PAYMENT DATE 15250 - SETTLEMENT 4322642158 | | $24.12 | $365.19 |
| 09/08 | **ACH Credit AMERICAN EXPRESS PAYMENT DATE 15248 - SETTLEMENT 4322642158** | | $19.44 | $384.63 |
| 09/08 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $11.86 | $396.49 |
| 09/08 | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | $4.34 | $400.83 |
| 09/08 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$100.00 | | $300.83 |
| 09/08 | **ACH Debit AMERICAN EXPRESS PAYMENT DATE 15248 - AXP DISCNT 4322642158** | -$100.48 | | $200.35 |
| 09/08 | Deposit | | $500.00 | $700.35 |
| 09/09 | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | $238.50 | $938.85 |
| 09/09 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $152.00 | $1,090.85 |
| 09/09 | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | $146.50 | $1,237.35 |
| 09/09 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $10.00 | $1,247.35 |
| 09/09 | **Eff. 09-08 1144 Check** | -$800.00 | | $447.35 |
| 09/09 | Insufficient Funds Charge CK # 1144 (Paid) | -$40.00 | | $407.35 |
| 09/09 | **1454 Check** | -$184.70 | | $222.65 |
| 09/10 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $56.00 | $278.65 |
| 09/10 | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | $18.82 | $297.47 |
| 09/10 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772 | | $14.00 | $311.47 |
| 09/10 | **ACH Debit AMEX EPayment ER AM - ACH PMT** | -$100.00 | | $211.47 |
| 09/11 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $700.00 | $911.47 |
| 09/11 | **Outgoing Domestic Wire W/D WIRE TO Universal Film Excahnge** | -$425.09 | | $486.38 |

| Date | Description | Amount | Credit | Balance |
|------|-------------|--------|--------|---------|
| 09/11 | Outgoing Domestic Wire Fee<br>OUTGOING WIRE FEE | -$25.00 | | $461.38 |
| **09/11** | **10504 Over Counter Check** | **-$400.00** | | **$61.38** |
| 09/14 | ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632 | | $389.50 | $450.88 |
| **09/14** | **ACH Credit AMERICAN EXPRESS<br>PAYMENT DATE 15257 -<br>SETTLEMENT 4322642158** | | **$24.48** | **$475.36** |
| 09/14 | ACH Credit AMERICAN EXPRESS<br>PAYMENT DATE 15255 -<br>SETTLEMENT 4322642158 | | $14.40 | $489.76 |
| **09/14** | **ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589** | | **$11.03** | **$500.79** |
| 09/14 | ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589 | | $6.51 | $507.30 |
| **09/14** | **ACH Debit AMEX EPayment ER AM -<br>ACH PMT** | **-$50.00** | | **$457.30** |
| 09/14 | ACH Debit AMEX EPayment ER AM -<br>ACH PMT | -$100.00 | | $357.30 |
| **09/14** | **Incoming Domestic Wire Dep.<br>WIRE FROM BURGIN ENGINEERING<br>INC** | | **$4,000.00** | **$4,357.30** |
| 09/14 | Incoming Domestic Wire Fee<br>INCOMING WIRE FEE | -$15.00 | | $4,342.30 |
| **09/14** | **1456 Over Counter Check** | **-$2,000.00** | | **$2,342.30** |
| 09/15 | ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632 | | $288.50 | $2,630.80 |
| **09/15** | **ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632** | | **$122.00** | **$2,752.80** |
| 09/15 | ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589 | | $14.11 | $2,766.91 |
| **09/15** | **ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632** | | **$12.50** | **$2,779.41** |
| 09/15 | ACH Debit AMEX EPayment ER AM -<br>ACH PMT | -$150.00 | | $2,629.41 |
| **09/15** | **1457 Over Counter Check** | **-$1,000.00** | | **$1,629.41** |
| 09/15 | 1455 Check | -$600.00 | | $1,029.41 |
| **09/16** | **ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589** | | **$6.71** | **$1,036.12** |
| 09/16 | ACH Credit MERCURY/VANTIV -<br>ORIGIDTEST 8788430264632 | | $0.01 | $1,036.13 |
| **09/17** | **ACH Credit AMERICAN EXPRESS<br>PAYMENT DATE 15260 -<br>SETTLEMENT 4322642158** | | **$12.24** | **$1,048.37** |
| 09/17 | ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589 | | $5.98 | $1,054.35 |
| **09/17** | **1452 Check** | **-$110.00** | | **$944.35** |
| 09/18 | ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632 | | $199.00 | $1,143.35 |
| **09/18** | **ACH Debit MERCURY/VANTIV -<br>ORIGIDTEST 8788430264632** | **-$0.01** | | **$1,143.34** |
| 09/18 | ACH Debit AMEX EPayment ER AM -<br>ACH PMT | -$200.00 | | $943.34 |
| **09/18** | **1458 Check** | **-$500.00** | | **$443.34** |
| 09/21 | ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589 | | $25.23 | $468.57 |
| **09/21** | **ACH Credit GLOBAL PAYMENTS<br>BANKCARD PROCESSING - GLOBAL<br>DEP 8788430264632** | | **$21.00** | **$489.57** |
| 09/21 | ACH Credit HRTLAND PMT SYS -<br>TXNS/FEES 650000007823589 | | $18.28 | $507.85 |
| **09/21** | | | **$17.64** | **$525.49** |

| Date | Description | Debit | Credit | Balance |
|------|-------------|-------|--------|---------|
| | ACH Credit AMERICAN EXPRESS PAYMENT DATE 15264 - SETTLEMENT 4322642158 | | | |
| 09/21 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $16.03 | $541.52 |
| **09/22** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$1,018.84** | **$1,560.36** |
| 09/22 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $101.00 | $1,661.36 |
| **09/22** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$34.00** | **$1,695.36** |
| 09/22 | ACH Debit SUSQUEHANNA 01 - Auth Pmt | -$1,210.78 | | $484.58 |
| **09/22** | **Deposit** | | **$650.00** | **$1,134.58** |
| 09/23 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $129.50 | $1,264.08 |
| **09/23** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$52.90** | **$1,316.98** |
| 09/23 | ACH Debit DOMINION VA POWE - ONLINE PMT | -$321.20 | | $995.78 |
| **09/23** | **Deposit** | | **$420.00** | **$1,415.78** |
| 09/24 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $487.50 | $1,903.28 |
| **09/24** | **ACH Credit AMERICAN EXPRESS PAYMENT DATE 15267 - SETTLEMENT 4322642158** | | **$32.40** | **$1,935.68** |
| 09/24 | Deposit | | $200.00 | $2,135.68 |
| **09/24** | **Eff. 09-23 ACH Debit DOMINION VA POWE - ONLINE PMT CKF454744684NEG** | **-$1,007.25** | | **$1,128.43** |
| 09/24 | Insufficient Funds Charge ACH Debit (Paid) | -$40.00 | | $1,088.43 |
| **09/25** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$359.50** | **$1,447.93** |
| 09/25 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264772 | | $20.00 | $1,467.93 |
| **09/25** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$5.43** | **$1,473.36** |
| 09/25 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$125.00 | | $1,348.36 |
| **09/25** | **Deposit** | | **$810.00** | **$2,158.36** |
| 09/25 | Outgoing Domestic Wire W/D WIRE TO Paramount Pictures | -$1,000.00 | | $1,158.36 |
| **09/25** | **Outgoing Domestic Wire Fee OUTGOING WIRE FEE** | **-$25.00** | | **$1,133.36** |
| 09/25 | 1459 Check | -$219.49 | | $913.87 |
| **09/28** | **ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632** | | **$259.50** | **$1,173.37** |
| 09/28 | ACH Credit AMERICAN EXPRESS PAYMENT DATE 15271 - SETTLEMENT 4322642158 | | $31.68 | $1,205.05 |
| **09/28** | **ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589** | | **$10.86** | **$1,215.91** |
| 09/28 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $4.07 | $1,219.98 |
| **09/28** | **ACH Debit AMEX EPayment ER AM - ACH PMT** | **-$150.00** | | **$1,069.98** |
| 09/28 | Deposit | | $24,305.61 | $25,375.59 |
| **09/28** | **1462 Over Counter Check** | **-$7,400.00** | | **$17,975.59** |
| 09/28 | 1463 Over Counter Check | -$4,660.00 | | $13,315.59 |

| 09/29 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $438.00 | $13,753.59 |
|---|---|---|---|---|
| 09/29 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $431.00 | $14,184.59 |
| 09/29 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$100.00 | | $14,084.59 |
| 09/29 | ACH Debit CenturyLink - SPEEDPAY | -$360.00 | | $13,724.59 |
| 09/29 | ACH Debit ATT - Payment 657228001COL1H | -$800.37 | | $12,924.22 |
| 09/29 | Outgoing Domestic Wire W/D WIRE TO Universal Film Exchange | -$500.00 | | $12,424.22 |
| 09/29 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $12,399.22 |
| 09/29 | Outgoing Domestic Wire W/D WIRE TO Paramount Pictures | -$1,342.09 | | $11,057.13 |
| 09/29 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 | | $11,032.13 |
| 09/30 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | | $99.50 | $11,131.63 |
| 09/30 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | | $10.85 | $11,142.48 |
| 09/30 | 1467 Over Counter Check | -$80.00 | | $11,062.48 |
| 09/30 | 1468 Over Counter Check | -$520.00 | | $10,542.48 |
| 09/30 | 1469 Over Counter Check | -$4,000.00 | | $6,542.48 |
| 09/30 | 1465 Over Counter Check | -$400.00 | | $6,142.48 |
| 09/30 | 1460 Check | -$1,000.00 | | $5,142.48 |

Checks for Basic Business Checking -

| Date | Check Number | Amount | Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/09 | 1144 | -$800.00 | 09/14 | 1456 | -$2,000.00 | 09/28 | 1463 | -$4,660.00 |
| 09/03 | 1451 * | -$90.59 | 09/15 | 1457 | -$1,000.00 | 09/30 | 1465 * | -$400.00 |
| 09/17 | 1452 | -$110.00 | 09/18 | 1458 | -$500.00 | 09/30 | 1467 * | -$80.00 |
| 09/04 | 1453 | -$300.00 | 09/25 | 1459 | -$219.49 | 09/30 | 1468 | -$520.00 |
| 09/09 | 1454 | -$184.70 | 09/30 | 1460 | -$1,000.00 | 09/30 | 1469 | -$4,000.00 |
| 09/15 | 1455 | -$600.00 | 09/28 | 1462 * | -$7,400.00 | 09/11 | 10504 * | -$400.00 |

* Indicates Non-Consecutive Check Number(s)
(E) Electronic Check

| Summary of Overdraft and Returned Item Fees - | Total for this Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $120.00 | $880.00 |
| Total Returned Item Fees | $0.00 | $40.00 |

Account: ▬▬▬▬▬
Statement Date: 09/30/2015

| Check | Date | Payee | Amount |
|---|---|---|---|
| 1144 | 8/17/15 | Connie Chase — Eight Hundred and no/100 | $800.00 |
| | 09/09/2015 | 1144 | $800.00 |
| 1456 | 9/14/15 | Ronald Montgomery — Two Thousand and no/100 | $2,000.00 |
| | 09/14/2015 | 1456 | $2,000.00 |
| 1451 | 9/1/15 | Coastal Gas — Ninety and 59/100 | $90.59 |
| | 09/03/2015 | 1451 | $90.59 |
| 1457 | 9/15/15 | Richard Willes — One Thousand and no/100 | $1,000.00 |
| | 09/15/2015 | 1457 | $1,000.00 |
| 1452 | 9/2/15 | Vista Graphics — One Hundred Ten and no/100 — Rack Cards | $110.00 |
| | 09/17/2015 | 1452 | $110.00 |
| 1458 | 9/17/15 | Richard Bradley — Five Hundred and no/100 — 1044 2812 8715 | $500.00 |
| | 09/18/2015 | 1458 | $500.00 |
| 1453 | 9/2/15 | Ron Montgomery — Three Hundred and no/100 | $300.00 |
| | 09/04/2015 | 1453 | $300.00 |
| 1459 | 258078 | 9/22/15 | Performance Fuel Group — Two Hundred Nineteen and 49/100 | $219.49 |
| | 09/25/2015 | 1459 | $219.49 |
| 1454 | 258079 | 9/5/15 | PFG — One Hundred Eighty Four and 70/100 | $184.70 |
| | 09/09/2015 | 1454 | $184.70 |
| 1460 | 9/22/15 | Ron Emmino Carloss — One Thousand and no/100 — Guest Fees — Rentals | $1,000.00 |
| | 09/30/2015 | 1460 | $1,000.00 |
| 1455 | 9/14/15 | Richard Bradley — Six Hundred and no/100 | $600.00 |
| | 09/15/2015 | 1455 | $600.00 |
| 1462 | 9/29/15 | Rick Willes — Seven Thousand Four Hundred and no/100 | $7,400.00 |
| | 09/28/2015 | 1462 | $7,400.00 |

OUTER BANKS VENTURES, INC.
P.O. BOX 549
COROLLA, NC 27927

OBX BANK
A DIVISION OF MONARCH BANK

Account: ~~redacted~~
Statement Date: 09/30/2015



OUTER BANKS VENTURES, INC.
P.O. BOX 548
COROLLA, NC 27927

1463

DATE 9/28/15

PAY TO THE ORDER OF Fletcher Vitelli   $ 4,660.92

Four Thousand Six hundred Sixty and 00/00   DOLLARS

OBX BANK
A DIVISION OF MONARCH BANK

FOR _____

09/28/2015   1463   $4,660.00



OUTER BANKS VENTURES, INC.
P.O. BOX 548
COROLLA, NC 27927

1465

DATE 9/30/15

PAY TO THE ORDER OF Ron Montgomery   $ 400.00

Four Hundred and no/100   DOLLARS

OBX BANK
A DIVISION OF MONARCH BANK

FOR _____

09/30/2015   1465   $400.00



OUTER BANKS VENTURES, INC.
P.O. BOX 548
COROLLA, NC 27927

1467

DATE 9/30/15

PAY TO THE ORDER OF Chad Pleasants   $ 80.00

Eighty and no/100   DOLLARS

OBX BANK
A DIVISION OF MONARCH BANK

FOR _____

09/30/2015   1467   $80.00



OUTER BANKS VENTURES, INC.
P.O. BOX 548
COROLLA, NC 27927

1468

DATE 9/30/15

PAY TO THE ORDER OF Rick Willis   $ 520.00

Five Hundred Twenty and no/100   DOLLARS

OBX BANK
A DIVISION OF MONARCH BANK

FOR _____

09/30/2015   1468   $520.00



OUTER BANKS VENTURES, INC.
P.O. BOX 548
COROLLA, NC 27927

1469

DATE 9/30/15

PAY TO THE ORDER OF Montego Plaza LLC   $ 4000.00

Four Thousand and no/100   DOLLARS

OBX BANK
A DIVISION OF MONARCH BANK

FOR _____

09/30/2015   1469   $4,000.00



OUTER BANKS VENTURES, INC.
210 BROOKE AVE. #1000
NORFOLK, VA 23510

10504

DATE 9/11/15

PAY TO THE ORDER OF Ron Montgomery   $ 400.00

Four Hundred and no/100   DOLLARS

MEMO _____

AUTHORIZED SIGNATURE

09/11/2015   10504   $400.00



**MONARCH BANK**    **OBX BANK**

1435 Crossways Blvd
Chesapeake VA 23320

**RETURN SERVICE REQUESTED**

OUTER BANKS VENTURES INC
PO BOX 549
COROLLA NC 27927-0549

## *October 2015*

*Reporting Activity 10/01 - 10/31*              *Page 1 of 8*

### *Managing Your Accounts*

| | | |
|---|---|---|
| Office Name | | OBXBank-Kitty Hawk |
| Phone Number | | 252-261-9494 |
| Mailing Address | | P O Box 629 Kitty Hawk NC 27949 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business |  | $3,501.30 |

## Basic Business -

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2015 | **Beginning Balance** | **$5,142.48** |
| | 47 Debit(s) This Period | $34,812.89 |
| | 49 Credit(s) This Period | $33,171.71 |
| 10/31/2015 | **Ending Balance** | **$3,501.30** |
| | Service Charges | -$25.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1461 | 10/01/2015 | $1,227.50 | 1473 | 10/15/2015 | $1,500.00 | 10505* | 10/08/2015 | $400.00 |
| 1464* | 10/05/2015 | $75.32 | 1474 | 10/16/2015 | $400.00 | 10506 | 10/19/2015 | $910.00 |
| 1470* | 10/02/2015 | $285.00 | 1475 | 10/28/2015 | $9,000.00 | 10507 | 10/20/2015 | $228.48 |
| 1471 | 10/05/2015 | $5,000.00 | 1476 | 10/30/2015 | $400.00 | 10508 | 10/23/2015 | $400.00 |
| 1472 | 10/09/2015 | $500.00 | 1477 | 10/30/2015 | $220.00 | 99031318* | 10/30/2015 | $145.00 |

* Indicates skipped check number

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/01/2015 | ACH Debit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | -$110.20 |
| 10/02/2015 | ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264772 | -$41.78 |
| 10/02/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$100.00 |
| 10/02/2015 | ACH Debit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL STL 8788430264632 | -$130.17 |
| 10/02/2015 | ACH Debit ASCENTIUM 01 - LEASE RENT 2114348 | -$2,214.00 |
| 10/05/2015 | ACH Debit AMERICAN EXPRESS PAYMENT DATE 15278 - AXP DISCNT 4322642158 | -$18.10 |
| 10/06/2015 | ACH Debit DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | -$206.00 |
| 10/06/2015 | ACH Debit CTY OF CURRITUCK 1250000006 O3APA1 - WEB PAYMNT | -$300.25 |



Member
**FDIC**

## CHANGE OF ADDRESS

TO INSURE PROMPT DELIVERY OF YOUR STATEMENTS, PLEASE DETACH AND MAIL
THIS CHANGE OF ADDRESS NOTICE TO THE ADDRESS PRINTED ON FRONT.

TO REPORT CHANGES OTHER THAN ADDRESS, PLEASE CALL NUMBER GIVEN ON FRONT.

YOUR NEW ADDRESS - NUMBER AND STREET

CITY                                          STATE              ZIP CODE

SIGNATURE                                     EFFECTIVE DATE

### How to Balance Your Checking Account

1. ADD to the balance of your checkbook any deposits or other credits appearing on this statement which you have not entered.
2. SORT checks numerically or by date of issue.
3. CHECK OFF (✓) on your stubs or register all checks returned with this statement and.....
4. LIST in 5a the amounts of checks you have written that have not been returned.
5. DEDUCT from the balance in your checkbook any service charges or other debits appearing on this statement which you have not already deducted.

| 6. | WRITE the balance from your checkbook here. | $ | |
| 7. | WRITE the total of outstanding checks here. | + | |
| 8. | ADD line 6 and 7. | $ | |
| 9. | WRITE here any deposits you have made which have not been included on this statement. | - | |
| 10. | SUBTRACT Line 9 from Line 8. This should be the amount of the 'Ending Balance' shown on this Account Statement. | $ | |

*If your statement does NOT balance:*

a. Check your additions and subtractions first on this form, then in your checkbook.
b. Review las.. month's statement to be sure any correction was entered into your checkbook.
c. Make sure that you have listed in 5a old checks which you issued prior to this reconcilement period but which still have not been returned to you.
d. Make sure that the amounts of the deposits on the statement are the same as those in your checkbook.
e. Make sure that all of the enclosed checks agree with the amounts entered in your checkbook.

| 5A OUTSTANDING CHECKS | |
| CHECK NO. OR DATE ISSUED | CHECK AMOUNT |
| --- | --- |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Enter TOTAL in Line 7 | $ |

### INFORMATION CONCERNING ELECTRONIC TRANSFERS OR STATEMENTS

In case of errors or questions about Electronic Transfers, please telephone us at 1-757-389-5152 or 1-800-675-0595 or write us at P.O. Box 2365, Chesapeake, Virginia 23327-2368 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1). Tell us your name and account number (if any).
(2). Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3). Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a point of sale transaction or a foreign-initiated transfer) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a point of sale transaction or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days (20 business days if the transfer involved a point of sale transaction or a foreign-initiated transfer) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it from you within 10 business days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

MEMBER FDIC                    EQUAL HOUSING LENDER



### October 2015

*Reporting Activity 10/01 - 10/31*          *Page 3 of 8*

## Basic Business - ▓▓▓▓▓▓▓ (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 10/06/2015 | ACH Debit SUSQEHANNA 01 - Auth Pmt | -$2,184.21 |
| 10/07/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$200.00 |
| 10/08/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$200.00 |
| 10/13/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$100.00 |
| 10/14/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$50.00 |
| 10/15/2015 | ACH Debit ATT  - Payment  864791002IVR2C | -$696.74 |
| 10/16/2015 | ACH Debit DOMINION VA POWE  - ONLINE PMT | -$157.17 |
| 10/16/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$250.00 |
| 10/16/2015 | ACH Debit DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | -$300.00 |
| 10/16/2015 | ACH Debit DOMINION VA POWE  - ONLINE PMT | -$3,002.18 |
| 10/20/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$75.00 |
| 10/20/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$150.00 |
| 10/20/2015 | ACH Debit CenturyLink  - SPEEDPAY | -$170.00 |
| 10/20/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$200.00 |
| 10/20/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$300.00 |
| 10/23/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$220.00 |
| 10/26/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$50.00 |
| 10/28/2015 | ACH Debit CenturyLink  - SPEEDPAY | -$170.89 |
| 10/28/2015 | ACH Debit CTY OF CURRITUCK 1250000006    O3APA1 - WEB PAYMNT | -$262.90 |
| 10/29/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$87.00 |
| 10/29/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$850.00 |
| 10/30/2015 | ACH Debit AMEX EPayment ER AM - ACH PMT | -$800.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/21/2015 | Outgoing Domestic Wire W/D WIRE TO Paramount Pictures | -$500.00 |
| 10/21/2015 | Outgoing Domestic Wire Fee OUTGOING WIRE FEE | -$25.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/02/2015 | Deposit | $3,900.00 |
| 10/02/2015 | Deposit | $4,802.08 |
| 10/02/2015 | Deposit | $700.00 |
| 10/14/2015 | Deposit Transferring American Express deposits | $5,200.00 |
| 10/14/2015 | Deposit | $750.00 |
| 10/27/2015 | Deposit | $13,687.87 |
| 10/27/2015 | Deposit | $750.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/01/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $66.00 |
| 10/02/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $32.00 |
| 10/02/2015 | ACH Credit AMERICAN EXPRESS PAYMENT DATE  15275 - SETTLEMENT 4322642158 | $16.20 |
| 10/05/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $326.00 |



**October 2015**

Reporting Activity 10/01 - 10/31 | Page 4 of 8

## Basic Business - ████████ (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/05/2015 | ACH Credit AMERICAN EXPRESS PAYMENT DATE  15278 - SETTLEMENT 4322642158 | $14.40 |
| 10/05/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $10.85 |
| 10/06/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $357.50 |
| 10/06/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $78.50 |
| 10/06/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $53.00 |
| 10/07/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $227.00 |
| 10/07/2015 | ACH Credit AMERICAN EXPRESS PAYMENT DATE  15280 - SETTLEMENT 4322642158 | $24.84 |
| 10/07/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $4.88 |
| 10/08/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $119.00 |
| 10/08/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $6.51 |
| 10/09/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $37.00 |
| 10/13/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $257.92 |
| 10/13/2015 | ACH Credit AMERICAN EXPRESS PAYMENT DATE  15285 - SETTLEMENT 4322642158 | $41.76 |
| 10/13/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $25.25 |
| 10/13/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $4.88 |
| 10/13/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $4.34 |
| 10/14/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $315.00 |
| 10/14/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $257.00 |
| 10/14/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $120.00 |
| 10/14/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $46.50 |
| 10/15/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $23.36 |
| 10/16/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $69.00 |
| 10/16/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $13.10 |
| 10/19/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $72.00 |
| 10/19/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $43.59 |
| 10/19/2015 | ACH Credit AMERICAN EXPRESS PAYMENT DATE  15292 - SETTLEMENT 4322642158 | $29.52 |
| 10/19/2015 | ACH Credit HRTLAND PMT SYS  - TXNS/FEES 650000007823589 | $10.46 |
| 10/20/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $172.00 |
| 10/20/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $78.50 |
| 10/21/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $32.50 |
| 10/22/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $93.50 |



**_October 2015_**

Reporting Activity 10/01 - 10/31          *Page 5 of 8*

## Basic Business -  (continued)

### Other Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 10/23/2015 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | $9.95 |
| 10/26/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $129.50 |
| 10/27/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $45.50 |
| 10/27/2015 | ACH Credit HRTLAND PMT SYS - TXNS/FEES 650000007823589 | $8.95 |
| 10/28/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $10.00 |
| 10/29/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $20.50 |
| 10/30/2015 | ACH Credit GLOBAL PAYMENTS BANKCARD PROCESSING - GLOBAL DEP 8788430264632 | $73.50 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10/01/2015 | $3,870.78 | 10/13/2015 | $2,959.86 | 10/22/2015 | $1,371.32 |
| 10/02/2015 | $10,550.11 | 10/14/2015 | $9,598.36 | 10/23/2015 | $761.27 |
| 10/05/2015 | $5,807.94 | 10/15/2015 | $7,424.98 | 10/26/2015 | $840.77 |
| 10/06/2015 | $3,606.48 | 10/16/2015 | $3,397.73 | 10/27/2015 | $15,333.09 |
| 10/07/2015 | $3,663.20 | 10/19/2015 | $2,643.30 | 10/28/2015 | $5,909.30 |
| 10/08/2015 | $3,188.71 | 10/20/2015 | $1,770.32 | 10/29/2015 | $4,992.80 |
| 10/09/2015 | $2,725.71 | 10/21/2015 | $1,277.82 | 10/30/2015 | $3,501.30 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $880.00 |
| Total Returned Item Fees | $0.00 | $40.00 |

### Service Charge Summary

| Description | Amount |
|-------------|--------|
| Outgoing Domestic Wire Fee  OUTGOING WIRE FEE | -$25.00 |
| Total Service Charge | -$25.00 |



## October 2015

**Reporting Activity 10/01 - 10/31**          *Page 6 of 8*

---

**1461 $1,227.50**

**1464 $75.32**

**1470 $285.00**

**1471 $5,000.00**

**1472 $500.00**

**1473 $1,500.00**

**1474 $400.00**

**1475 $9,000.00**

**1476 $400.00**

**1477 $220.00**

**10505 $400.00**

**10506 $910.00**



**October 2015**

Reporting Activity 10/01 - 10/31                    Page 7 of 8

10507 $228.48

10508 $400.00

99031318 $145.00



THIS PAGE LEFT INTENTIONALLY BLANK

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Nicholls & Crampton, P.A**<br>**P.O. Box 18237**<br>**Raleigh, NC 27619** | **October 22, 2015** | **$41,717.00** |

---

#### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Florida OBX, LLC**<br>**5300 Gulf Blvd.**<br>**Saint Petersburg, FL 33706** | **2013** | **Phase 12 (arms length sale)** |
| **Florida OBX, LLC**<br>**5300 Gulf Blvd.**<br>**Saint Petersburg, FL 33706** | **March 2015** | **Phase 13 (arms length sale)** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

#### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

#### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

#### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Richard C. Willis<br>P.O. Box 549<br>Corolla, NC 27927 | President and Director | 0% |
| Patricia Sammons Brindley<br>215 Brooke Avenue, Suite 1001<br>Norfolk, VA 23510 | Secretary | 30% |
| Richard A. Brindley<br>215 Brooke Avenue, Unit 1001<br>Virginia Beach, VA 23471 | Chairman of the Board and Director | 30% |
| Douglas R. Brindley<br>20 Third Avenue<br>Southern Shores, NC 27949 | Trustee | 40% |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See attached lists.** | **See attached lists for payments to Richard C. Willis or Richard Brindley.** | **For Mr. Willis, payments were made by Debtor for personal expenses and are reflected. Some of cash payments were utilized for Debtor's business expenses** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **November 12, 2015**                    Signature    **/s/ Richard C. Willis**
                                                              **Richard C. Willis**
                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## Transaction Report
### January 1 - November 5, 2015

| Date | Type | u | Name | Memo/Description | Spl* | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/10/2015 | Expense | | | | RCW Amex | -13.94 | -13.94 |
| 03/10/2015 | Expense | | | | RCW Amex | -25.00 | -38.94 |
| 03/10/2015 | Expense | | | | RCW Amex | -22.00 | -60.94 |
| 03/12/2015 | Expense | | | | RCW Amex | -80.62 | -141.56 |
| 03/12/2015 | Expense | | | | RCW Amex | -35.11 | -176.67 |
| 03/12/2015 | Expense | | | | RCW Amex | -25.72 | -202.39 |
| 03/13/2015 | Expense | | | | RCW Amex | -35.11 | -237.50 |
| 03/13/2015 | Expense | | | | RCW Amex | -80.99 | -318.49 |
| 03/14/2015 | Expense | | | | Basic Business (XXXXX 7077) | -300.00 | -618.49 |
| 03/16/2015 | Check | | Richard Willis | | RCW Amex | -54.73 | -673.22 |
| 03/16/2015 | Expense | | liz willis | | Basic Business (XXXXX 7077) | -1,503.00 | -2,176.22 |
| 03/20/2015 | Check | | Richard Willis | | Basic Business (XXXXX 7077) | -600.00 | -2,776.22 |
| 03/20/2015 | Expense | | | | RCW Amex | -10.80 | -2,787.02 |
| 03/20/2015 | Expense | | | | RCW Amex | -77.84 | -2,864.86 |
| 03/12/2015 | Expense | | | | RCW Amex | -29.20 | -2,894.06 |
| 03/21/2015 | Expense | | | | RCW Amex | -42.71 | -2,936.77 |
| 03/22/2015 | Expense | | | | RCW Amex | -27.51 | -2,964.28 |
| 03/23/2015 | Expense | | | | RCW Amex | -30.00 | -2,994.28 |
| 03/23/2015 | Expense | | | | RCW Amex | -31.38 | -3,025.66 |
| 03/23/2015 | Expense | | | | Basic Business (XXXXX 7077) | -898.00 | -3,913.66 |
| 03/23/2015 | Expense | | | | Basic Business (XXXXX 7077) | -1,600.00 | -5,513.66 |
| 03/25/2015 | Expense | | | | RCW Amex | -273.75 | -5,787.41 |
| 03/26/2015 | Check | | Richard Willis | | Basic Business (XXXXX 7077) | -600.00 | -6,387.41 |
| 03/27/2015 | Check | | Richard Willis | | RCW Amex | -64.63 | -6,452.04 |
| 03/27/2015 | Expense | | | | RCW Amex | -308.00 | -6,760.04 |
| 03/29/2015 | Expense | | | | RCW Amex | -35.11 | -6,795.15 |
| 03/29/2015 | Expense | | | | RCW Amex | -42.88 | -6,838.03 |
| 03/26/2015 | Expense | | | | RCW Amex | -200.00 | -7,038.03 |
| 03/30/2015 | Expense | | | | RCW Amex | -250.00 | -7,288.03 |
| 03/30/2015 | Expense | | | | Basic Business (XXXXX 7077) | -1,600.00 | -8,888.03 |
| 03/30/2015 | Expense | | Richard Willis | | RCW Amex | -375.00 | -9,263.03 |
| 03/30/2015 | Expense | | | | RCW Amex | -472.00 | -9,735.03 |
| 03/30/2015 | Expense | | | | RCW Amex | -10.99 | -9,746.02 |
| 03/31/2015 | Expense | | | | RCW Amex | -18.00 | -9,764.02 |
| 03/31/2015 | Expense | | | | RCW Amex | -57.03 | -9,821.05 |
| 03/31/2015 | Expense | | | | RCW Amex | 44.00 | -9,777.05 |
| 04/02/2015 | Credit Card Credit | | | | RCW Amex | -44.00 | -9,821.05 |
| 04/02/2015 | Expense | | | | RCW Amex | -91.00 | -9,912.05 |
| 04/02/2015 | Expense | | | | RCW Amex | -70.39 | -9,982.44 |
| 04/05/2015 | Expense | | | | Basic Business (XXXXX 7077) | -4,500.00 | -14,482.44 |
| 04/06/2015 | Expense | | Richard Willis | | Basic Business (XXXXX 7077) | -1,503.00 | -15,985.44 |
| 04/06/2015 | Check | | liz willis | | RCW Amex | -65.91 | -16,051.35 |
| 04/06/2015 | Expense | | | | | | |

| Date | Type | Name | Account | Amount | Balance |
|---|---|---|---|---|---|
| 04/09/2015 | Expense | | RCW Amex | -40.00 | -16,061.35 |
| 04/10/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -1,416.66 | -17,508.01 |
| 04/13/2015 | Expense | | RCW Amex | -30.00 | -17,538.01 |
| 04/15/2015 | Expense | | RCW Amex | -65.82 | -17,603.83 |
| 04/18/2015 | Expense | | RCW Amex | -13.00 | -17,616.83 |
| 04/18/2015 | Expense | | RCW Amex | -37.98 | -17,654.81 |
| 04/18/2015 | Check | | Basic Business (XXXXX 7077) | -300.00 | -17,954.81 |
| 04/21/2015 | Expense | | Basic Business (XXXXX 7077) | -150.00 | -18,104.81 |
| 04/21/2015 | Expense | Richard Willis | RCW Amex | -400.00 | -18,504.81 |
| 04/24/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -135.25 | -18,640.06 |
| 04/26/2015 | Expense | Richard Willis | RCW Amex | -119.26 | -18,759.31 |
| 04/26/2015 | Expense | | RCW Amex | -146.52 | -18,905.83 |
| 04/28/2015 | Expense | | RCW Amex | -57.91 | -18,963.74 |
| 04/28/2015 | Expense | | Basic Business (XXXXX 7077) | -300.00 | -19,263.74 |
| 05/01/2015 | Check | Richard Willis | RCW Amex | -72.54 | -19,336.28 |
| 05/04/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -400.00 | -19,736.28 |
| 05/05/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -200.00 | -19,936.28 |
| 05/08/2015 | Expense | | RCW Amex | -83.94 | -20,020.22 |
| 05/06/2015 | Expense | | RCW Amex | -22.56 | -20,022.78 |
| 05/10/2015 | Expense | | RCW Amex | -104.94 | -20,127.72 |
| 05/11/2015 | Expense | | RCW Amex | -97.23 | -20,224.95 |
| 05/12/2015 | Expense | | RCW Amex | -30.00 | -20,254.95 |
| 06/13/2015 | Expense | | Basic Business (XXXXX 7077) | -320.00 | -20,554.95 |
| 05/15/2015 | Check | Richard Willis | Basic Business (XXXXX 7077) | -420.00 | -20,974.95 |
| 05/15/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -1,500.00 | -22,474.95 |
| 05/15/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -300.00 | -22,774.95 |
| 05/16/2015 | Expense | | RCW Amex | -33.81 | -22,808.76 |
| 05/16/2015 | Expense | | RCW Amex | -62.00 | -22,870.76 |
| 05/17/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -400.00 | -23,270.76 |
| 05/18/2015 | Expense | | Basic Business (XXXXX 7077) | -377.00 | -23,647.76 |
| 05/18/2015 | Expense | | Basic Business (XXXXX 7077) | -1,500.00 | -25,147.76 |
| 05/18/2015 | Check | | RCW Amex | -551.16 | -25,698.92 |
| 05/23/2015 | Expense | liz wills | RCW Amex | -1.00 | -25,699.92 |
| 05/24/2015 | Expense | | RCW Amex | -88.00 | -25,767.92 |
| 05/25/2015 | Expense | | Basic Business (XXXXX 7077) | -1,000.00 | -26,767.92 |
| 05/26/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -200.00 | -26,967.92 |
| 05/29/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -446.00 | -27,412.92 |
| 15/29/2016 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -30.00 | -27,442.92 |
| 06/02/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -200.00 | -27,642.92 |
| 06/03/2015 | Expense | Richard Willis | RCW Amex | -59.81 | -27,702.73 |
| 06/05/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -300.00 | -28,002.73 |
| 06/10/2015 | Expense | | RCW Amex | -51.24 | -28,053.97 |
| 06/12/2015 | Expense | | RCW Amex | -30.00 | -28,083.97 |
| 06/13/2015 | Expense | | Basic Business (XXXXX 7077) | -300.00 | -28,383.97 |
| 06/18/2015 | Expense | liz wills | Basic Business (XXXXX 7077) | -1,500.00 | -29,883.97 |
| 06/18/2015 | Check | | Basic Business (XXXXX 7077) | -300.00 | -30,283.97 |
| 06/18/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -2,416.66 | -32,700.63 |
| 06/19/2015 | Expense | | RCW Amex | -53.68 | -32,754.31 |
| 06/21/2015 | Expense | | RCW Amex | -44.59 | -32,798.90 |
| 06/21/2015 | Expense | | | | |

| Date | Type | Name | Account | Amount | Balance |
|---|---|---|---|---|---|
| 05/22/2015 | Expense | | RCW Amex | -85.20 | -32,865.10 |
| 05/22/2015 | Expense | | RCW Amex | -77.00 | -32,943.00 |
| 06/22/2015 | Expense | Richard Willis | RCW Amex | -403.00 | -33,343.00 |
| 06/22/2015 | Expense | | Basic Business (XXXXX 7077) | -40.21 | -33,383.21 |
| 06/23/2015 | Expense | | Basic Business (XXXXX 7077) | -500.00 | -33,883.21 |
| 06/23/2015 | Expense | | RCW Amex | -14.99 | -33,898.20 |
| 05/23/2015 | Expense | | Basic Business (XXXXX 7077) | -3,000.00 | -36,898.20 |
| 06/24/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -1,500.00 | -38,398.20 |
| 06/24/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -1,500.00 | -39,898.20 |
| 06/26/2015 | Expense | | RCW Amex | -33.45 | -39,931.65 |
| 06/26/2015 | Expense | | Basic Business (XXXXX 7077) | -700.00 | -40,631.65 |
| 06/29/2015 | Expense | | Basic Business (XXXXX 7077) | -1,000.00 | -41,631.65 |
| 06/29/2015 | Expense | | RCW Amex | -4.25 | -41,635.90 |
| 06/30/2015 | Expense | | Basic Business (XXXXX 7077) | -500.00 | -42,135.90 |
| 06/30/2015 | Expense | | Basic Business (XXXXX 7077) | -500.00 | -42,635.90 |
| 07/01/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -172.08 | -42,807.98 |
| 07/28/2015 | Check | | RCW Amex | -500.00 | -43,307.98 |
| 08/05/2015 | Expense | | Basic Business (XXXXX 7077) | -23.49 | -43,331.47 |
| 08/10/2015 | Expense | | RCW Amex | -30.00 | -43,361.47 |
| 08/11/2015 | Expense | | RCW Amex | -15.75 | -43,377.22 |
| 08/13/2015 | Expense | | RCW Amex | -5,000.00 | -48,377.22 |
| 08/14/2015 | Expense | | Basic Business (XXXXX 7077) | -102.56 | -48,479.78 |
| 09/18/2015 | Check | Blue Marlin | RCW Amex | -828.85 | -49,308.63 |
| 09/20/2015 | Check | Blue Marlin | Basic Business (XXXXX 7077) | -327.26 | -49,633.89 |
| 08/21/2015 | Check | | RCW Amex | -14.99 | -49,648.88 |
| 08/24/2015 | Expense | | Basic Business (XXXXX 7077) | -189.26 | -49,838.14 |
| 09/25/2015 | Check | Bluewater | Basic Business (XXXXX 7077) | -434.00 | -50,272.14 |
| 08/31/2015 | Check | Blue Marlin | RCW Amex | -30.00 | -50,302.14 |
| 09/13/2015 | Expense | Richard Willis | Basic Business (XXXXX 7077) | -1,000.00 | -51,302.14 |
| 09/15/2015 | Check | Richard Willis | RCW Amex | -14.99 | -51,317.13 |
| 09/28/2015 | Expense | | Basic Business (XXXXX 7077) | -1,000.00 | -52,317.13 |
| 09/30/2015 | Check | Caroles | Basic Business (XXXXX 7077) | -520.00 | -52,837.13 |
| 09/30/2015 | Check | Richard Willis | Basic Business (XXXXX 7077) | -1,227.50 | -54,064.63 |
| 10/01/2015 | Check | | Basic Business (XXXXX 7077) | -206.00 | -54,270.63 |
| 10/05/2015 | Expense | | RCW Amex | -30.00 | -54,300.63 |
| 10/13/2015 | Expense | | Basic Business (XXXXX 7077) | -1,500.00 | -55,800.63 |
| 10/15/2015 | Check | liz willis | Basic Business (XXXXX 7077) | -300.00 | -56,100.63 |
| 10/16/2015 | Expense | | RCW Amex | -60.00 | -56,160.63 |
| 10/16/2015 | Expense | | RCW Amex | -14.99 | -56,175.62 |
| 10/23/2015 | Expense | | RCW Amex | -75.82 | -56,251.44 |
| 10/24/2015 | Expense | | RCW Amex | | |
| | | | | -$ 56,251.44 | |
| | | | | -$ 56,251.44 | |

## Transaction Report
### January 1 - November 11, 2015

**Accumulated Adjustment Brindley**

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/20/2015 | Check | | Pat Brindley | 1048 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -500.00 | -500.00 |
| 03/25/2015 | Expense | | Richard Willis | Withdrawal, Xfer per Rick Willis | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -1,500.00 | -2,000.00 |
| 03/27/2015 | Check | | Pat Brindley | 1053 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -700.00 | -2,700.00 |
| 08/11/2015 | Check | | Richard Brindley | Check Number | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -1,500.00 | -4,200.00 |
| 05/11/2015 | Check | | Richard Brindley | 1094 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -1,500.00 | -5,700.00 |
| 05/12/2015 | Expense | | Richard Willis | Withdrawal | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -1,500.00 | -7,200.00 |
| 08/12/2015 | Expense | | Richard Willis | Withdrawal | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -400.00 | -7,600.00 |
| 08/12/2015 | Expense | | Dick Brindley | Withdrawal | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -6,000.00 | -13,600.00 |
| 08/12/2015 | Expense | | Richard Willis | Withdrawal | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -5,155.84 | -18,755.84 |
| 06/19/2015 | Check | | Richard Brindley | Check Number 1103 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -4,000.00 | -23,755.84 |
| 06/26/2015 | Check | | Allison Brewer | Check Number 1107 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -2,000.00 | -25,755.84 |
| 08/11/2015 | Check | | In Willis | Check Number 1139 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -6,000.00 | -31,755.84 |
| 08/31/2015 | Check | | Richard Brindley | Check Number 11028 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -1,500.00 | -33,255.84 |
| 09/16/2015 | Check | | Richard Brindley | Check Number 1455 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -300.00 | -33,555.84 |
| 09/18/2015 | Check | | Richard Brindley | Check Number 1458 | Accumulated Adjustment Brindley | Basic Business (XXXXX 7077) | -500.00 | -34,155.84 |
| | | | | | | | | -34,655.84 |

**Total for Accumulated Adjustment Brindley** | | | | | | | -$ 34,655.84 |
**TOTAL** | | | | | | | -$ 34,655.84 |

Wednesday, Nov 11, 2015 09:19:15 AM PST GMT-5 - Cash Basis

# United States Bankruptcy Court

## Eastern District of North Carolina

In re  **Outer Banks Ventures, Inc.**                                          Case No. _____

                                                                    ,

                                        Debtor                      Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patricia A. Brindley**<br>**215 Brooke Avenue, Unit 1001**<br>**Norfolk, VA 23510-1237** | **Common** | **2400 shares** | **Fee** |
| **Richard A. Brindley**<br>**215 Brooke Avenue, Unit 101**<br>**Norfolk, VA 23510-1237** | **Common** | **2400 shares** | **Fee** |
| **Richard A. Brindley, Trustee**<br>**215 Brooke Avenue, Unit 1001**<br>**Norfolk, VA 23510-1237** | **Common** | **3200 shares** | **Fee** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 12, 2015**                           Signature  **/s/ Richard C. Willis**

                                                              **Richard C. Willis**
                                                              **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

11/12/15 3:25PM

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Outer Banks Ventures, Inc.**                                             Case No. _____

                                                     Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **November 12, 2015** _____            **/s/ Richard C. Willis** _____

                                                     **Richard C. Willis**/**President**
                                                     Signer/Title

Ascentium Capital, LLC
23970 US Highway 59 North
Kingwood, TX 77339

Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131

Jeff Tinkham
500 East Main Street, Suite 405
Norfolk, VA 23510

BB&T
1000 W. Ehringhaus Street
Elizabeth City, NC 27909

Dennis C. Rose
Rose Harrison & Gilreath, PC
P.O. Box 405
Kill Devil Hills, NC 27948

Jeffrey Chernitzer
215 Brook Avenue, Suite 506
Norfolk, VA 23510

Carlos Gomez
P.O. Box 1129
Kitty Hawk, NC 27949

Douglas Brindley
20 Third Avenue
Southern Shores, NC 27949

Liz Willis
728 Harris Point Drive
Virginia Beach, VA 23455

Cellco Partnership d/b/a Verizon
One Verizon Way
Mail Stop 4AW100
Basking Ridge, NJ 07920

Douglas R. Brindley
20 Third Avenue
Southern Shores, NC 27949

Macquarie Equipment Finance, LLC
2285 Franklin Road
Bloomfield Hills, MI 48302

Charter Cable
6399 Soth Fiddler's Green Circle
Englewood, CO 80111

Florida OBX, LLC
5300 Gulf Blvd.
Saint Petersburg, FL 33706

Monterey Plaza, LLC
P.O. Box 2710
Manteo, NC 27954

Chris Wood
JD&W, Inc. Construc and Development
208 Ash Avenue, Suite 101
Virginia Beach, VA 23452

Gopher Utility Services, Inc.
P.O. Box 965
Kannapolis, NC 28082

New Dixie Oil Corporation
1501 Marshall Street
Roanoke Rapids, NC 27870

Coastal Engineering Company, Inc.
P.O. Box 1129
Kitty Hawk, NC 27949

Gopher Utility Services, Inc.
c/o National Recovery Services
4635 McEwan Road
Dallas, TX 75244

North Carolina Dept. of Revenue
Office Services Div-Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

County of Currituck
Attn:  County Manager
P.O. Box 39
Currituck, NC 27929

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

Patricia A. Brindley
215 Brooke Avenue, Unit 1001
Norfolk, VA 23510-1237

Crowley, Liberatore, Ryan & Brogan
Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510

JDLOVE, LLC
20 Third Avenue
Southern Shores, NC 27949

Richard A. Brindley
215 Brooke Avenue, Unit 101
Norfolk, VA 23510-1237

Richard A. Brindley, Trustee
215 Brooke Avenue, Unit 1001
Norfolk, VA 23510-1237


Richard C. Willis
P.O. Box 549
Corolla, NC 27927


Sony Pictures Releasing
Mary E. Bell, Executive Director
10202 W. Washington BL JSB 312E
Culver City, CA 90232


Stroud Engineering
1078 Commerce Street
Greenville, NC 27858


Susquehanna Commercial Finance, Inc
2 Country View Road, Suite 300
Malvern, PA 19355


Triton PCS (AT&T)
Triton Management Company
1100 Cassatt Road
Berwyn, PA 19312


Twiddy & Company
1181 Duck Road
Kitty Hawk, NC 27949


Wells Fargo Bank, N.A.
c/o Matthew Weiner (Parker Poe)
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601


Wilson & McIntyre, PLLC
500 E. Main Street, Suite 920
Norfolk, VA 23510

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Outer Banks Ventures, Inc.**

_____

Debtor(s)

Case No. _____

Chapter    **11**

_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Outer Banks Ventures, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 12, 2015**
_____
Date

**/s/ Kevin Sink**
_____
**Kevin Sink 21041**
Signature of Attorney or Litigant
Counsel for    **Outer Banks Ventures, Inc.**
_____
**Nicholls & Crampton, PA**
**3700 Glenwood Avenue**
**Suite 500**
**Raleigh, NC 27612**
**919-781-1311 Fax:919-782-0465**